EDWARD H. JENNINGS, Respondent, v. CHARLES H. SABIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. ALBERT H. WIGGIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. JOHN D. RYAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. FIRST NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JETTA GOUDAL, Respondent, v. DISTINCTIVE PICTURES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Martin, J., dissents.

In the Matter of the Application of ALEXANDER BLOCK, Appellant, for a Peremptory Mandamus Order against JAMES A. DONEGAN, Clerk of the Supreme Court, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of EMANUEL M. KRULEWITCH, Respondent, for a Peremptory Mandamus Order against VAN RENSSELAER ESTATES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ULTRAMARES CORPORATION, Appellant, v. GARLOCK PACKING COMPANY, Respondent. BANK OF LONDON AND SOUTH AMERICA, LIMITED, Appellant, v. GARLOCK PACKING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; McAvoy, J., dissents.

JOHN F. MACENULTY, Respondent, v. CARNEGIE STEEL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ANNA GEARY, an Infant, by Her Guardian ad Litem, KATE GEARY, Respondent, v. PINE HILL CRYSTAL SPRING WATER COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HERBERT SCHLOSS (Also Known as HERBERT CASTLE), Plaintiff, v. JOHN D. WILLIAMS, Appellant. BARNES, WILSON & HALSTEAD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RALPH NOTTEBAUM, Appellant, v. JUDKINS & McCORMICK COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint in accordance with order appealed from within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.